BRENNAN *et al.* v. KAY & KIOWA OIL CO.

No. 4679.   Opinion Filed June 8, 1915.

(149 Pac. 1193.)

*Error from District Court, Kiowa County;*

*James R. Tolbert, Judge.*

Action between James Brennan and another and the Kay & Kiowa Oil Company. Judgment for the latter, and the former bring error. Dismissed.

*L. M. Keys* and *Rummons & Logan,* for plaintiffs in error.

*Morse & Standeven,* for defendant in error.

Opinion by MATHEWS, C. This case was filed in the Supreme Court December 30, 1912. The plaintiffs in error have failed to file briefs. Upon motion of defendant in error

this appeal is dismissed for the failure to file briefs. Costs taxed to plaintiffs in error.

By the Court: It is so ordered.